**DENY; and Opinion Filed August 17, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00924-CV

## IN RE WATERSIDE CORPORATION AND JAMES M. ROSENBERG, Relators

**Original Proceeding from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-09833**

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang and Brown
Opinion by Justice Brown

Before the Court is relators' petition for writ of mandamus in which they seek review of the denial of their motion to disqualify counsel and denial of their motion to stay trial court proceedings. The facts and issues are well known to the parties, so we need not recount them here.

To be entitled to mandamus relief, a relator must show both that the trial court has clearly abused its discretion and that relator has no adequate appellate remedy. *In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Based on the record before us, we conclude relators have not shown they are entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding).

Accordingly, we **DENY** relators' petition for writ of mandamus and we **DENY AS MOOT** relators' emergency motion for stay of trial court proceedings.

/Ada Brown/
ADA E. BROWN
JUSTICE

160924F.P05